**DISMISS; and Opinion Filed May 24, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01378-CR

**JOSE EZEQUIEL LOPEZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MB16-34780-C**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Brown

Before the Court is appellant's May 15, 2019 motion to withdraw his appeal. The motion

is signed by appellant and his retained counsel. *See* TEX. R. APP. P. 42.2(a). We grant the motion

and dismiss this appeal.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

181378F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JOSE EZEQUIEL LOPEZ, Appellant

No. 05-18-01378-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court
No. 3, Dallas County, Texas
Trial Court Cause No. MB16-34780-C.
Opinion delivered by Justice Brown,
Justices Bridges and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 24th day of May, 2019.